THE HONORABLE RONALD B. LEIGHTON

08-CV-05069-ORD

FILED _____ LODGED
RECEIVED

MAR 26 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NISQUALLY INDIAN TRIBE, )
    )
            Plaintiff, )   No. 3:08-CV-05069-RBL
    )
    v. )   **ORDER GRANTING MOTION OF**
    )   **FRANK'S LANDING INDIAN**
CHRISTINE O. GREGOIRE, Governor of the )   **COMMUNITY FOR LIMITED**
State of Washington, ANDREW WHITENER, )   **INTERVENTION**
Director of Skookum Creek Tobacco Co., )
DAVID LOPEMAN, Director of Skookum )   [PROPOSED]
Creek Tobacco Co., BRYAN JOHNSON, )
General Manager of Skookum Creek Tobacco )
Co., )
    )
            Defendants. )
    )

THIS MATTER came on for hearing on Proposed Intervenor Frank's Landing Indian Community's Motion for Limited Intervention. The Court, having reviewed the submissions of the parties and the files and records herein, hereby:

GRANTS Proposed Intervenor Frank's Landing Indian Community's Motion for Limited Intervention; and

///

///

///

///

ORDER GRANTING MOTION FOR LIMITED
INTERVENTION [PROPOSED] - 1
CASE NO. 3:08-CV-05069-RBL

708495.0001/31525.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1  ORDERS that Frank's Landing Indian Community be considered to specially appear
2  herein as a defendant for the purpose of filing a motion to dismiss pursuant to Fed. R. Civ. P.
3  12(b)(7).

4  DATED this 26th day of March, 2008

By _____
JUDGE RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

LANE POWELL PC


By  /s/ Alexandra K. Smith
    Alexandra K. Smith, WSBA No. 20058
    111 Market St. NE, Suite 260
    Olympia, WA  98501
Attorneys for the Frank's Landing
Indian Community

ORDER GRANTING MOTION FOR LIMITED
INTERVENTION [PROPOSED] - 2
CASE NO. 3:08-CV-05069-RBL

708495.0001/31525.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107