The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NISQUALLY INDIAN TRIBE,

        Plaintiffs,

vs.

CHRISTINE GREGOIRE,
Governor of the State of Washington,

ANDREW WHITENER,
Director of Skookum Creek Tobacco Co.,

DAVID LOPEMAN,
Director of Skookum Creek Tobacco Co.,

BRYAN JOHNSON,
General Manager of Skookum Creek Tobacco Co.,

        Defendants.

No. 3:08-CV-05069-RBL

**ORDER GRANTING SQUAXIN ISLAND TRIBE'S MOTION FOR LIMITED INTERVENTION**

Upon consideration of the Squaxin Island Tribe's motion for limited intervention, and the parties' responses to the motion, if any, and the other pleadings and papers filed in this action, and having heard the arguments of counsel and being fully informed,

[PROPOSED] ORDER GRANTING SQUAXIN ISLAND
TRIBE'S MOTION TO INTERVENE
(C08-5069-RBL)

**Squaxin Island Legal Department**
3711 SE Old Olympic Hwy
Shelton, WA 98584
(360) 432-1771

1

The Court hereby ORDERS as follows:

The Squaxin Island Tribe shall be permitted to intervene in this action under the authority of Fed R. Civ. P. 24(a)(2), without waiving its sovereign immunity from suit, for the limited purpose of making a motion to dismiss for lack of jurisdiction and for failure to join a necessary party, who is also indispensable.

The Court hereby ORDERS as follows:

The Squaxin Island Tribe shall be permitted to intervene in this action under the authority of Fed R. Civ. P. 24(a)(2), without waiving its sovereign immunity from suit, for the limited purpose of making a motion to dismiss for lack of jurisdiction and for failure to join a necessary party, who is also indispensable.

Dated this 26th day of March, 2008.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Respectfully presented this 25th day of February, 2008 by,

THE SQUAXIN ISLAND LEGAL DEPARTMENT

S/by_____
    Kevin R. Lyon, WSBA # 15076
    Nathan E. Schreiner, WSBA # 31629
    3711 SE Old Olympic Hwy
    Shelton, WA 98584
    (360) 432-1771
    Fax:  (360) 432-3699
    E-mail:  nschreiner@squaxin.nsn.us
          klyon@squaxin.nsn.us

Attorneys for:  Squaxin Island Tribe