# United States District Court
### WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE
ON TAXATION OF COSTS

NISQUALLY INDIAN TRIBE

     v.                                CASE NUMBER: C08-5069RBL

CHRISTINE GREGOIRE, et al.,

[ √ ] **Decision by Court.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    Costs are taxed against Plaintiff - Nisqually Indian Tribe and on behalf of Defendant - David Lopeman in the UNOPPOSED amount of $4,300.19.

*DATED:* September 1, 2009

                                                BRUCE RIFKIN
                                                *Clerk*

                                            /s/  Jean Boring
                                        *(By) Deputy Clerk*, Jean Boring