# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE
ON TAXATION OF COSTS

NISQUALLY INDIAN TRIBE

    v.                       CASE NUMBER: C08-5069RBL

CHRISTINE GREGOIRE, et al.,

[ √ ] **Decision by Court.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    Costs are taxed against    Plaintiff - Nisqually Indian Tribe  and on behalf of Intervenor Defendant - Frank's Landing Indian Community in the UNOPPOSED amount of $3,111.80.

*DATED:* September 1, 2009

                                          BRUCE RIFKIN
                                          *Clerk*

                                          /s/ Jean Boring
                                          *(By) Deputy Clerk*, Jean Boring